IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 05-CV-02444-REB-PAC

TRUSTEES OF THE COLORADO CONTRACTORS TRUST,

Plaintiff,

v.

SOUTHEAST CORRIDOR CONSTRUCTORS, a joint venture of Kiewit and Parsons;
TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation;
FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a Maryland Corporation;
ZURICH AMERICAN INSURANCE COMPANY, a New York corporation;
L.B. FOSTER COMPANY, a Pennsylvania corporation;
LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts stock insurance company;

Defendants.

---

**ORDER SUPPLEMENTING SCHEDULING ORDER**

---

**Order Entered by Patricia A. Coan, Magistrate Judge**

Plaintiff and Defendants, by and through their respective counsel, submit this supplement to the Scheduling Order signed by the Court and entered in this case on January 20, 2006, to modify Section 7.e. as directed by the Court's Courtroom Minutes/Minute Order entered January 20, 2006.  The Court approves the parties' Supplement and makes it an order of the Court this date.

    e.    Deposition Schedule

The Parties will take the following depositions during the week of May 22, 2006 and are in the process of scheduling the witnesses for specific dates and times during that week based on their availability:

| **Deponent** | **Date** | **Expected Length** |
|---|---|---|
| Leroy Marquez | week of 5-22-06 | 4 hours |
| Rule 30(b)(6) representative of Plaintiff | " | 4 hours |
| Alec Bloem | " | 4 hours |
| Curt Beverly | " | 4 hours |
| David Russo | " | 4 hours |
| William Nealy | " | 4 hours |
| Bill Murphy | " | 4 hours |

DATED this 6th day of April, 2006.

                BY THE COURT:

                <u>S/Patricia A. Coan</u>
                Patricia A. Coan
                United States District Court
                Magistrate Judge

APPROVED:

| | |
|---|---|
| *s/ John S. Finn* | *s/ Sven Collins* |
| John S. Finn | Daniel J. Dunn |
| Robert R. Miller | Sven C. Collins |
| Stettner, Miller and Cohn, P.C. | Holme Roberts & Owen, LLP |
| 1050 17th Street, # 700 | 1700 Lincoln Street, #4100 |
| Denver, Colorado 80265-2008 | Denver, Colorado 80203-4541 |
| 303.534.0273 | 303.861.7000 |
| Attorneys for | Attorneys for |
| Trustees of the Colorado | Southeast Corridor |
| Contractors Trust | Constructors, L.B. Foster Company and Liberty Mutual Insurance Company |

*s/ Stephen G. Everall*
Stephen G. Everall
Semple Miller Mooney & Farrington, P.C.
1120 Lincoln Street, #1308
Denver, Colorado 80203
303.595.0941
Attorneys for
Travelers Casualty and Surety Company of
America, Zurich American Insurance
Company and Fidelity and Deposit Company of Maryland