**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-02444-REB-PAC

TRUSTEES OF THE COLORADO CONTRACTORS TRUST,

    Plaintiff,

v.

SOUTHEAST CORRIDOR CONSTRUCTORS, a joint venture of Kiewit & Parsons, et al.,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter comes before the court on the **Stipulated Dismissal With Prejudice** [#48] filed on June 13, 2006. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Dismissal With Prejudice** [#48] filed on June 13, 2006, **IS APPROVED**;

2. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs;

3. That the Trial Preparation Conference set for May 18, 2007, is **VACATED**;

4. That the jury trial set to commence June 4, 2007, is **VACATED**; and

5.  That any pending motion is **DENIED** as moot.

Dated June 14, 2006, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**